UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24222-BLOOM

SANDRA SIMON,

    Plaintiff,

v.

WARDEN, FEDERAL CORRECTIONS
INSTITUTION (FCI) TALLAHASSEE,

    Defendant.
_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** is before the Court upon *pro se* Plaintiff Sandra Simon's Complaint, ECF No. [1], filed pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). For reasons set forth below, the Complaint is transferred to the United States District Court for the Northern District of Florida.

Plaintiff is a federal prisoner currently incarcerated at the Federal Corrections Institution Tallahassee ("FCI Tallahassee"). ECF No. [1]. The events underlying the Complaint arose in/at FCI Tallahassee, which is located in Tallahassee, Leon County, Florida. *Id.* Defendant, the Warden of FCI Tallahassee, resides in Leon County.[1] *See* ECF No. [1] at 1.

Venue for a *Bivens* action is governed by 28 U.S.C. § 1391(b). *See Stafford v. Briggs*, 444 U.S. 527, 544 (1980). Under § 1391(b), a federal civil rights action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which the claims arose. 28 U.S.C. § 1391(b). When venue is improper, a court may, in

---

[1] Plaintiff names several other individuals in the Complaint, Physician's Assistant Paul Rolston, Officer Hand, Nurse Leticia Davis, and an unnamed Nurse, but does not specify whether she intends to name any of the individuals as defendants. *See* ECF No. [1] at 1-2.

Case No. 21-cv-24222-BLOOM

the interest of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a). Additionally, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]" 28 U.S.C. § 1404(a) (alterations added).

Plaintiff alleges that all the events underlying the Complaint arose in Leon County. ECF No. [1] at 1-2. Leon County is located within the jurisdiction of the United States District Court for the Northern District of Florida. 28 U.S.C. § 89(a). Venue is improper in this district, and the Court finds it to be in the interest of justice to transfer this action to the United States District Court for the Northern District of Florida.

Accordingly, it **is ORDERED AND ADJUDGED** that this case be **TRANSFERRED** to the Northern District of Florida. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 2, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sandra Simon, *Pro Se*
07208-104
Tallahassee FCI
Federal Corrections Institution
Inmate Mail/Parcels
Post Office Box 5000
Tallahassee, FL 32314