IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA SIMON,

    **Plaintiff,**

v.                                       Case No. 4:21-cv-485-AW-MJF

WARDEN FEDERAL
CORRECTIONAL INSTITUTION,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 9, 2022 Report and Recommendation. ECF No. 8. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to follow a court order."

3.    The clerk will close the file.

SO ORDERED on May 25, 2022.

                                                  s/ *Allen Winsor*
                                                  United States District Judge